ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2013 AUG 20 PM 2:57

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3-13CR0321-N |
| | § | |
| ERIN PATTON (01) | § | |
| KEITH WILLIAMS (02) | § | |
| a/k/a "Chucky Blood" | § | |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Sex Trafficking of Children
(Violation of 18 U.S.C. § 1591(a) and (b)(2))

From on or about September of 2012 through on or about May 4, 2013, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Erin Patton,** knowingly recruited, enticed, harbored, transported, provided, obtained or maintained by any means, in and affecting interstate commerce, Jane Doe, who had not attained the age of 18 years, knowing or in reckless disregard of the fact that Jane Doe had not attained the age of 18 years and that Jane Doe would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a) and (b)(2).

**Indictment - Page 1**

<u>Count Two</u>
Sex Trafficking of Children
(Violation of 18 U.S.C. § 1591(a) and (b)(2))

From on or about November of 2012 through on or about May 4, 2013, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Keith Williams a/k/a "Chucky Blood,"** knowingly recruited, enticed, harbored, transported, provided, obtained or maintained by any means, in and affecting interstate commerce, Jane Doe, who had not attained the age of 18 years, knowing or in reckless disregard of the fact that Jane Doe had not attained the age of 18 years and that Jane Doe would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a) and (b)(2).

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY


_____
CARA FOOS PIERCE
Assistant United States Attorney
Texas Bar No. 24036579
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8678
Facsimile: 214.659.8809
Email: cara.pierce@usdoj.gov

**Indictment - Page 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ERIN PATTON (01)
KEITH WILLIAMS (02)
a/k/a "Chucky Blood"

INDICTMENT

18 U.S.C. § 1591(a) and (b)(2)
Sex Trafficking of Children

2 Counts

A true bill rendered

DALLAS                                                                                          FOREPERSON

Filed in open court this 20th day of August, 2013

                                                                                                      Clerk

**WARRANTS TO ISSUE**

                                                                                    8/20/13
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
No Criminal matter pending