**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2014 APR 11  PM 3: 40
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:13-CR-321-N |
| v. | **(Supersedes Indictment returned on 8/20/13)** |
| ERIN PATTON (01) | |

## SUPERSEDING INFORMATION

<u>Count One</u>
Conspiracy to Commit Sex Trafficking of Children
(Violation of 18 U.S.C. § 1594(c))

From on or about November of 2012 through on or about May 4, 2013, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Erin Patton** and another other person knowingly entered into an agreement to recruit, entice, harbor, transport, provide, obtain or maintain by any means, in and affecting interstate commerce, Jane Doe, who had not attained the age of 18 years, knowing or in reckless disregard of the fact that Jane Doe had not attained the age of 18 years, and knowing that Jane Doe would be caused to engage in a commercial sex act, and **Erin Patton** knew of the unlawful purpose of the agreement, and she joined into the agreement willfully, that is, with the intent to further its unlawful purpose.

In violation of 18 U.S.C. § 1594(c).

**Superseding Information - Page 1**

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*Cara Foos Pierce*
CARA FOOS PIERCE
Assistant United States Attorney
Texas Bar No. 24036579
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8678
Facsimile: 214.659.8809
Email: cara.pierce@usdoj.gov